|   |   |   |   |
|---|---|---|---|
| Attorney for debtor | _____ | $ _____ | $ _____ |
| Attorney for | _____ | $ _____ | $ _____ |
| Accountant for | _____ | $ _____ | $ _____ |
| Appraiser for | _____ | $ _____ | $ _____ |
| Other | _____ | $ _____ | $ _____ |

FILED 2009 DEC 18 PM 1:37 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 583,688.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Dollar Bank | $ 9,293.69 | $ 95.38 |
| 2 | Fifth Third Bank | $ 12,228.32 | $ 125.49 |
| 4 | NATIONAL LOAN INVESTORS LP | $ 219,506.75 | $ 2,252.64 |
| 5 | Anthony Allega, Inc. | $ 0.00 | $ 0.00 |
| 6 | NATIONAL LOAN INVESTORS LP | $ 272,323.22 | $ 2,794.66 |
| 8 | Citibank USA, N.A. | $ 954.79 | $ 9.80 |
| 9 | Citibank USA, N.A. | $ 656.18 | $ 6.73 |
| 10 | Credit First N.A. | $ 1,288.00 | $ 13.22 |
| 11 | eCAST Settlement Corporation, assignee of | $ 414.23 | $ 4.25 |
| 14 | MACK INDUSTRIES INC | $ 16,296.00 | $ 167.23 |
| | Raymond Orrand, Administrator for Ohio | | |

ck # 115
receipt # 81141

UST Form 101-7-NFR (9/1/2009)